IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MARVIN BELLAMY,

    Plaintiff,

v.                                                                                                                                                  Civil Action No. **3:18CV137**

**KEITH DAVIS, *et al.*,**

    Defendants.

## MEMORANDUM ORDER
(Granting Motion for an Extension of Time)

Plaintiff has moved for an extension of time to file a motion for summary judgment. Upon good cause shown, *see* Fed. R. Civ. P. 6(b)(1)(A), the Motion for an Extension of Time (ECF No. 24) is GRANTED to the extent that Plaintiff shall file any motion for summary judgment within thirty (30) days of the date of entry hereof.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff and counsel of record.

It is so ORDERED.

                                                                                         /s/
                                                    Roderick C. Young
Date: February 14, 2019               United States Magistrate Judge
Richmond, Virginia